**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE VIOLATION - HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Michael Douglas Smith,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A Magnuson
U.S. District Judge

Case No: Criminal 01-135 PAM
Date: February 8, 2006
Court Reporter: Tim Willette
Tape Number:
Time Commenced: 9:45 a.m.
Time Concluded: 10:00 a.m.
Time in Court: Hours & 15 Minutes

## APPEARANCES:

Plaintiff: Nathan Petterson, Assistant U.S. Attorney
Defendant: Virginia Villa : FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

: **Zero Tolerance Violation Hearing Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant remanded to custody of the U.S. Marsha for 2 days, he is to surrender 2/10/06 and he is to be release on 2/12/06.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
: Defendant is sentenced to: 2 days.
: Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk