**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Criminal 01-135(PAM)

Plaintiff,

v.

**ORDER APPOINTING COUNSEL**

Michael Douglas Smith,

Defendant.

---

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Tuesday, March 7, 2006, @ 9:00 a.m. Courtroom #2, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota before the Honorable Donovan W. Frank.

Dated: March 6, 2006

Donovan W. Frank, Judge
United States District Court

SCANNED
MAR 0 6 2006
U.S. DISTRICT COURT ST. PAUL