**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

MICHAEL DOUGLAS SMITH,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: DONOVAN W. FRANK
U.S. Judge

Case No: 01-135(01)(PAM/JGL)
Date: March 7, 2006
Court Reporter: JEANNE ANDERSON
Tape Number:
Time Commenced: 9:00
Time Concluded: 9:30
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: FRANK MAGILL, Assistant U.S. Attorney
Defendant: VIRGINIA VILLA ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Zero Tolerance Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☒ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☒ Supervised Release continued.
☒ Defendant, as an added condition of supervision, is sentenced to: 30 days at the VOA with work release. Defendant shall be evaluated for in patient or out patient treatment of medical condition. Defendant shall continue individual or group sessions with AA or NA. There shall be no cost to defendant.
☐ Written order to be issued.

s/Lowell Lindquist
Deputy Clerk