**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 01-135 (PAM)

Plaintiff,

v. **ORDER**

Michael Douglas Smith,

Defendant.

UPON REPORT AND RECOMMENDATION BY United States Probation Officer Richard W. Hermes, Minneapolis, Minnesota:

**IT IS HEREBY ORDERED** that the conditions of supervised release be modified to include the following:

The defendant shall reside for a period of 30 days at the Volunteers of America community corrections center, with work release, as approved by the probation officer and shall observe the rules of that facility. Defendant shall be evaluated for in-patient or out-patient treatment of bipolar medical condition. Defendant shall continue AA or NA individual or group sessions. There shall be no costs assessed to defendant.

Dated: March 7, 2006

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court