PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael Douglas Smith**

**Docket No. 0:01CR00135-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael Douglas Smith** who was sentenced for Bank Robbery, Bank on October 10, 2001, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> alcohol abstinence and not to enter establishment where alcohol is sold, participate in drug/alcohol treatment program, mandatory drug testing, psychological/psychiatric counseling/treatment, no firearms and dangerous weapons, and restitution in the amount of $17,451.00.
> 30 days community confinement (modified on March 7, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from unlawful use of a controlled substance.

Preliminary drug testing submitted on April 19, 2006, tested positive for methamphetamine. On April 20, 2006, Mr. Smith admitted to this officer he used methamphetamine on Saturday, April 15 and Sunday, April 16, 2006.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 26th day of April 2006, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on April 25, 2006
Place Minneapolis

SCANNED
MAY 01 2006
U.S. DISTRICT COURT ST. PAUL