PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael Douglas Smith**

**Docket No. 0:01CR00135-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael Douglas Smith** who was sentenced for Bank Robbery on October 10, 2001, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> **General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On May 10, 2006, Mr. Smith called this officer and admitted to continued methamphetamine use. He stated that his last use was on Sunday, May 7, 2006, in the evening.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on Friday, May12, 2006, at 9:30 a.m. in Interim St. Paul Courthouse at 180 East Fifth in St. Paul, Minnesota, in Courtroom #2 to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 11th day of May 2006, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on May 11, 2006
Place Minneapolis

cc: U.S. Attorney's Office
Federal Defender's Office

SCANNED
MAY 11 2006
U.S. DISTRICT COURT ST. PAUL