**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Michael Douglas Smith,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 01-135 (1) PAM (1)
Date: May 12, 2006
Court Reporter: Deb Beauvais
Tape Number:
Time Commenced: 9:30 a.m.
Time Concluded: 10:00 a.m.
Time in Court: Hours & 30 Minutes

APPEARANCES:

Plaintiff: Jeffrey Paulsen, Assistant U.S. Attorney
Defendant: Andrew Mohring : FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

PROCEEDINGS:

9 **Revocation of Supervised Release - Final Hearing.**
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
: Defendant remanded to custody of the U.S. Marshal. The defendant is to surrender to the U.S. Marshal in Minneapolis, MN on May 12, 2006 @ 3:00 p.m.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
: Defendant is sentenced to: 60 days. If within 30 days, working with the probation office, the defendant is able to get a release for a Rule 25 assessment, the Court could modify the sentence for in-patient treatment.
: Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk