UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA Case No. 01-135 (1) (PAM)

Plaintiff,

v. ORDER OF REVOCATION

Michael Douglas Smith,

Defendant.

---

Upon a hearing before this Court and a finding that the defendant violated a condition of supervision, it is hereby ordered that the defendant be committed to custody for a term of 60 days. If, after completing 30 days custody, the defendant secures in-patient treatment, the court will consider modifying the custody sentence. In addition, with the approval of the probation officer, the defendant may be released to obtain a Rule 25 Chemical Dependency Assessment.

☐ The defendant is remanded to the custody of the United States Marshal

[X] The defendant shall voluntarily surrender for service of said sentence on Friday, May 12, 2006, at 3:00 p.m. to the United States Marshal in Minneapolis, MN.

☐ Upon revocation of probation, it is ordered that upon completion of said sentence, the defendant shall be placed on supervised release for term of ___ months. This term of supervised release will include the same conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervision.

[X] IT IS ORDERED that upon completion of said sentence, the defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervised release.

Dated: May 12, 2006

Paul A. Magnuson

PAUL A. MAGNUSON
United States District Judge

SCANNED
MAY 12 2006
U.S. DISTRICT COURT ST. PAUL