UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-135 (PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR ORDER OF |
| V. | ) | TEMPORARY RELEASE |
| | ) | |
| MICHAEL DOUGLAS SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

Michael Smith, through counsel, respectfully moves the Court ordering the United States Marshal to release Mr. Smith from the U.S. Courthouse in Minneapolis, Minnesota, to the custody of the Office of the Federal Defender for the District of Minnesota at 9:00 a.m. on Monday May 22, 2006, for the purpose of a Rule 25 chemical dependency assessment. In turn, the Office of the Federal Defender will bring Mr. Smith to and from the assessment, and will return him to the United States Marshall in Minneapolis on that date, at or before 11:30 a.m. This motion is made pursuant to 18 U.S.C. §3142 (I) (final paragraph) and all files, records and proceedings herein. It is our understanding that the Office of United Stats Probation joins us in this request. A draft order is attached.

Dated: May 17, 2006

Respectfully submitted,

***s/ Andrew H. Mohring***

Andrew H. Mohring
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415