UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MICHAEL DOUGLAS SMITH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 01-135 (PAM)<br><br><br>**ORDER** |

Based on Mr. Smith's motion for an order granting temporary custody of him to the Office of the Federal Defender, **IT IS ORDERED** that the United States Marshal release Mr. Smith from the U.S. Courthouse in Minneapolis, Minnesota, to the custody of the Office of the Federal Defender for the District of Minnesota at 9:00 a.m. on Monday, May 22, 2006, for the purpose of a Rule 25 chemical dependency assessment. In turn, the Office of the Federal Defender is directed to bring Mr. Smith to and from the assessment at Hennepin County Chemical Health, 300 S. 6th Street, Suite A-8 of the Hennepin County Government Center, and to return him to the custody of United States Marshal at the U.S. Courthouse in Minneapolis, Minnesota, on that date, at or before 11:30 a.m. It is further ordered that Mr. Smith remain in custody until such time he is able to follow the recommendations made in the Rule 25 assessment. The pretrial release conditions that were previously set on May 12, 2006, remain in effect.

Dated: May 18, 2006

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Judge