AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

2006 MAY -2 A 10: 09

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

v.

Case Number: CR-01-135 PAM

Michael Douglas Smith

RECEIVED
MAY 12 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

---

Place: **Courtroom 8E, Eighth Floor**
**United States Courthouse**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Arthur J. Boylan**

On: **May 15, 2006 at 1:30 p.m.**

---

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Mary Kay Furchner, Deputy Clerk

Dated: May 1, 2006

SCANNED
MAY 16 2006
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] NANCY SCHMIDT Date: 5/11/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS office - Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 5/11/06
Date

AL GARBER
Name of United States Marshal

[signature]
(by) ~~Deputy United States Marshal~~

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure