UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-135 (PAM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL DOUGLAS SMITH,<br>Defendant. | MOTION TO MODIFY SENTENCE AND FOR RELEASE FROM CUSTODY |

Michael Smith, through counsel, respectfully moves the Court for an Order modifying the sentence recently imposed and releasing him from custody to attend in-patient chemical dependency treatment.

On May 12, 2006, this Court entered an Order of Revocation sentencing Mr. Smith to 60 days of custody. The Court's Order further allowed that the Court would consider modifying the sentence if, after serving not less than 30 days, Mr. Smith secured access to in-patient treatment. Each of these steps has been accomplished.

By our calculation, Mr. Smith will have served 30 days on Saturday, June 10. With the Court's assistance, Mr. Smith completed a Rule 25 Chemical Dependency Assessment on May 22, which resulted in a conclusion that he should receive in-patient treatment. A space awaits him on Monday, June 12, at the Park Avenue treatment center.

Accordingly, we seek an order that modifies Mr. Smith's sentence to allow his release on June 12, and further ordering the United States Marshal to release Mr. Smith

from the U.S. Courthouse in Minneapolis, Minnesota, to the custody of the Office of the Federal Defender for the District of Minnesota at 9:00 a.m. on Monday June 12, 2006, so that we can transport him to the Park Avenue treatment center, sometime before noon. In turn, the Office of the Federal Defender will bring Mr. Smith to the treatment program.

A draft order is attached.

Dated: June 8, 2006

Respectfully submitted,

***s/ Andrew H. Mohring***

Andrew H. Mohring
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415