UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Crim. No. 01-135 (PAM)

Plaintiff,

v. **ORDER**

Michael Douglas Smith,

Defendant.

---

This matter is before the Court on Defendant's Motion to Modify Sentence and for Release from Custody. For the reasons that follow, the Court grants the Motion.

On May 12, 2006, the Court confirmed that Defendant had unlawfully used a controlled substance and therefore had violated a condition of supervised release. Consequently, the Court ordered that Defendant be committed to custody for a term of sixty days. The Court provided Defendant with an alternative, however. Specifically, the Court informed Defendant that it would consider modifying the custody sentence if Defendant secured in-patient treatment after completing thirty days in custody. Defendant surrendered to the United States Marshal that day.

On May 22, 2006, Defendant completed a Rule 25 Chemical Dependency Assessment, which concluded that Defendant should receive in-patient treatment. Defendant maintains that Park Avenue Treatment Center has a reserved a place for him on June 12, 2006.

Defendant now asks the Court to modify his sentence to allow his release on June 12, 2006, so that he may commence the in-patient treatment program. Finding that Defendant has

served thirty days in custody and that the treatment program will greatly benefit Defendant, the Court grants the Motion. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Modify Sentence and Release from Custody (Docket Nos. 46-47) is **GRANTED**;
2. The United States Marshal shall release Defendant from the United States Courthouse in Minneapolis, Minnesota to the custody of the Office of the Federal Defender for the District of Minnesota at 9:00 a.m. on Monday, June 12, 2006;
3. The Office of the Federal Defendant shall transfer Defendant to the Park Avenue Treatment Center to begin in-patient treatment by noon on Monday, June 12, 2006; and
4. Upon completion of the in-patient treatment program, Defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervised release.

Date: June 9, 2006

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge