**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No.01-135 (PAM)

Plaintiff,

v. **ORDER APPOINTING COUNSEL**

Michael Douglas Smith,

Defendant.

---

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Friday, October 20, 2006 @ 10 :00 a.m. Courtroom #3, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota before the Honorable Paul A. Magnuson..

Dated: October 19, 2006

PAUL A. MAGNUSON, JUDGE
United States District Court

SCANNED
OCT 1 9 2006
U.S. DISTRICT COURT ST. PAUL