UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

Plaintiff,

v.

Michael Douglas Smith,

Defendant.

Criminal 01-135 (PAM)

ORDER OF REVOCATION

Upon a hearing before this Court and a finding that the defendant violated a condition of supervision, it is hereby ordered that the defendant be committed to custody for a term of 4 consecutive weekends at the Sherburne County Jail. The defendant is to engage and complete the Relapse Prevention Treatment Program.

The defendant shall voluntarily surrender for service of said sentence on October 21, 2006, at 7:00 p.m. to the US Marshal or to the jail facility designated by the US Marshal.

The defendant shall be released from said sentence on October 22, 2006 at 7:00 p.m.

The defendant shall surrender on October 27, 2006 at 7:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be released from said sentence on October 29, 2006 at 7:00 p.m.

The defendant shall surrender on November 3, 2006 at 7:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be released from said sentence on November 5, 2006 at 7:00 p.m.

The defendant shall surrender on November 10, 2006 at 7:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be released from said sentence on November 12, 2006 at 7:00 p.m.

☑ Upon revocation of supervised release, it is ordered that upon completion of said sentence, the defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervised release.

Dated: October 20, 2006

PAUL A. MAGNUSON
United States District Judge

SCANNED
OCT 20 2006
U.S. DISTRICT COURT ST. PAUL