# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

MICHAEL DOUGLAS SMITH,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 01-135 PAM

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that LYONEL NORRIS shall appear as appointed counsel of record for the above named defendant in this case.

Dated: November 29, 2006

*s/ Lyonel Norris*
LYONEL NORRIS
Attorney ID No. 165888
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415