**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Criminal No.01-35(PAM)

Plaintiff,

v.

**ORDER APPOINTING COUNSEL**

Michael Douglas Smith,

Defendant.

---

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Thursday, November 30, 2006, @ 11:00 a.m. Courtroom #2, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota before the Honorable Paul A. Magnuson..

Dated: November _29__, 2006

PAUL A. MAGNUSON, JUDGE
United States District Court