**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE - REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Michael Douglas Smith,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 01-135 PAM
Date: November 30, 2006
Court Reporter: Deb Beauvais
Tape Number:
Time Commenced: 11:00 a.m.
Time Concluded: 11:30 a.m.
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: William Koch, Assistant U.S. Attorney
Defendant: Lyonel Norris ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: /

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☒ Defendant is sentenced to: 6 consecutive weekends at the Sherburne County Jail. Thirty days home confinement with electronic monitoring. Deft to be afforded work release, and release for treatment and counseling at the direction of the Probation Office during the home confinement.
☒ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk