UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

Plaintiff,

v.

Michael Douglas Smith,

Defendant.

Criminal 01-135 (PAM)

ORDER OF REVOCATION

Upon a hearing before this Court and a finding that the defendant violated a condition of supervision, it is hereby ordered that the defendant be committed to custody for a term of 6 consecutive weekends at the Sherburne County Jail. The defendant is to engage and complete the Relapse Prevention Treatment Program.

The defendant shall voluntarily surrender for service of said sentence on December 9, 2006 , at 7:00 p.m. to the US Marshal or to the jail facility designated by the US Marshal. The defendant shall be released from said sentence on December 11, 2006 at 7:00 p.m.

The defendant shall surrender on December 16, 2006 at 7:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be released from said sentence on December 18, 2006 at 7:00 p.m.

The defendant shall surrender on December 23, 2006 at 7:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be released from said sentence on December 25, 2006 at 7:00 p.m.

The defendant shall surrender on December 30, 2006 at 7:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be released from said sentence on January 1, 2006 at 7:00 p.m.

The defendant shall surrender on January 6, 2007 at 7:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be release from said sentence on January 8, 2007 at 7:00 p.m.

The defendant shall surrender on January 13, 2007 at 7:00 p.m. to the US Marshal or the jail facility as designated by the US Marshal. The defendant shall be released from said sentence on January 15, 2007 at 7:00 p.m.

SCANNED
NOV 3 0 2006
U.S. DISTRICT COURT ST. PAUL

IT IS ORDERED that the defendant shall be placed on electronic monitoring and home confinement for three months to commence at the direction of the Probation Office. The defendant shall be afforded work release privileges as well as any treatment or counseling as necessary. The home confinement and electronic monitoring shall be during the interim periods when the defendant is not in custody at the Sherburne County Jail.

It is ordered that upon completion of said sentence, the defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervised release.

Dated: November 30, 2006

PAUL A. MAGNUSON
United States District Judge

cc: Bureau of Prisons