**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Michael Douglas Smith, Defendant. | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JEANNE J. GRAHAM<br>U.S. MAGISTRATE JUDGE |

| | |
|---|---|
| Case No: | CR 01-135 PAM/JGL |
| Date: | 01/03/07 |
| Court Reporter: | N/A |
| Tape Number: | 45/2068-2814 |
| Time Commenced: | 11:30 a.m. |
| Time Concluded: | 11:40 a.m. |
| Time in Court: | 10 Minutes |

APPEARANCES:

Plaintiff: Bill Koch, Assistant U.S. Attorney

Defendant: Andrea George √ FPD

Interpreter / Language: N/A // ENGLISH

Date Charges Filed: 12/21/06 Offense: Failure to Surrender Warrant

√ Waived Reading of Charges √ Advised of Rights

on Violation of √ Supervised Release

Additional Information:

Defendant waived preliminary revocation and detention hearings. Defense counsel to contact Judge Magnuson's chambers for next hearing date.

s/AR
Criminal Duty Clerk