PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael Douglas Smith**

**Docket No. 0:01CR00135-001(PAM)**

**Amended Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael Douglas Smith** who was sentenced for Bank Robbery, on October 10, 2001, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold; Participate in drug/alcohol treatment program; Mandatory drug testing; Psychological/psychiatric counseling/treatment; No firearms or dangerous weapons; Restitution

Prior violation reports submitted:

February 8, 2006: Revoked - 2 days custody and recommence supervised release.
March 7, 2006: Conditions modified to include 30 days CCC for continued drug use.
May 12, 2006: Revoked - 60 days custody, may be release after 30 days to inpatient treatment and recommence supervise release.
October 20, 2006: Revoked - serve 4 consecutive weekends in custody and recommence supervise release.
November 30, 2006: Revoked - serve 6 consecutive weekends in custody and recommence supervise release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 20, 2006, Your honor sentenced Mr. Smith to 8 months custody with the Bureau of Prisons. He was directed to report to the Sherburne County Jail on December 20, 2006 at 6:30 p.m.

**Additional Violation**: Mr. Smith failed to report to the Sherburne County Jail on December 20, 2006. He was arrested by the U.S. Marshall's Service on January 3, 2007, while waiting to receive money wired to him for a bus ticket to Missouri

SCANNED
JAN 10 2007
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That Mr. Smith be returned to Court to address his failure to report as ordered.

**[The rationale for a warrant is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 10th day of January, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on January 9, 2007
Place Minneapolis