A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

JAN 11 2007

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 DEC 21 P 3:00

UNITED STATES OF AMERICA

RECEIVED
U.S. MARSHAL

**WARRANT FOR ARREST**

V.

6741-1221-0346-8

CASE NUMBER: **CR 01-135 PAM/JGL**

Michael Douglas Smith

US MARSHALS SERVICE
RECEIVED
MPLS MN
2006 DEC 22 P 12:42

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Michael Douglas Smith

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Failure to Surrender

Ordered by: Paul A Magnuson, United States District Court Judge.

December 21, 2006 at St. Paul, MN

(By) Mary Kay Purchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________ Signature of Arresting Officer ______________________

SCANNED
JAN 12 2007
U.S. DISTRICT COURT MPLS

ARRESTED ON 12-29-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

criminal\warrant.frm

DC Modified 12/08/04