**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Michael Douglas Smith,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: PAUL A. MAGNUSON
U.S. DISTRICT Judge

| | |
|---|---|
| Case No: | Criminal 01-135 PAM |
| Date: | January 12, 2007 |
| Court Reporter: | Dawn Hansen |
| Tape Number: | |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:30 a.m. |
| Time in Court: | Hours & 30 Minutes |

## APPEARANCES:

Plaintiff: William Koch, Assistant U.S. Attorney
Defendant: Andrew Mohring ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: /

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☒ Defendant is sentenced to: 4 months consecutive to the prior sentence issued by the court on December 20, 2006 of 8 months.
☒ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk