UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Michael Douglas Smith,

Defendant.

Criminal No.01-135(PAM)

**ORDER APPOINTING COUNSEL**

---

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Thursday, March 27, 2008 @ 11:00 a.m. Courtroom #2, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota before the Honorable Paul A. Magnuson..

Dated: March 26 , 2006

Paul A Magnuson

PAUL A. MAGNUON, JUDGE
United States District Court

SCANNED
MAR 2 6 2008
U.S. DISTRICT COURT ST. PAUL