**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Michael Douglas Smith,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 01-135 PAM
Date: March 27, 2008
Court Reporter: Deb Beauvais
Tape Number:
Time Commenced: 11:00 a.m.
Time Concluded: 11:15 a.m.
Time in Court: Hours & 15 Minutes

## APPEARANCES:

Plaintiff: Richard Newberry, Assistant U.S. Attorney
Defendant: Reynaldo Aligada ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☒ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued for a term of.
☒ Defendant is sentenced to: 8 months. No term of supervision to follow.
☒ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk